Case 23-21367-GLT    Doc 53    Filed 06/26/25    Entered 06/26/25 16:50:54    Desc Main
Document    Page 1 of 1

FILED
6/26/25 4:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-21367-GLT |
| | : | Chapter: | 7 |
| Zachary R. Waldman | : | | |
| | : | | |
| | : | Date: | 6/26/2025 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**     #46 - Motion to Sell Property Free and Clear of Liens
[Response due 5/30/2025]

**APPEARANCES**:
  Trustee:    Rosemary C. Crawford (Berkshire/Broker - Donna Fischer)
  Buyer:       Zijian Huang (Broker - Julie Zhang)

[ 10:50 ]
**NOTES:**
Crawford: The property is located at 1337 Shady Ave., County of Allegheny, Commonwealth of Pittsburgh 15217. I have received no other offers except from Zijian Huang. He has offered $370,000 for the property. All contingencies have been satisfied. Proof of publication in the Pittsburgh Journal took place on May 19, 2025. Proof of publication on the Pittsburgh Post-Gazette took place on May 15, 2025. The Debtor's preliminary valuation of the property at $550,000 was incorrect.

Fischer: The valuation of the Debtor's home was incorrect because the home was in need of several repairs.

[T*he Court subjected the property to higher and better offers*.]

Court: Parties need not wait out the 14-day appeal period if they wish to close sooner.

**OUTCOME:**
1. The *Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances* [Dkt. No. 46] is **GRANTED**. [ D.B. to enter order at Dkt. No. 46]

**DATED:**  6/26/2025