**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| ZACHARY R. WALDMAN | § | Case No. 23-21367-GLT |
| Debtor(s) | § | Chapter 7 |
| | § | |
| Rosemary Crawford, Trustee, | § | |
| vs. | § | |
| | § | |
| No Respondents. | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Rosemary Crawford, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A video conference hearing will be held on November 7, 2025, at 10:30a.m. before Chief Judge Gregory L. Taddonio. Effective September 1, 2021, and consistent with Judge Taddonio's General Procedures, Revised August 1, 2021 (located at http://www.pawb.uscourts.gov/procedures-2), all hearings will be held on a transitional, hybrid in-person/remote basis pending further Court order. All parties are welcome to attend hearings in person, subject to prevailing court guidelines re: the use of masks
and other remediation measures that may be in effect. All parties participating remotely must register by submitting a registration form via the link published on Judge Taddonio's website by no later than 4 p.m. on the business day prior to the scheduled hearing, at which time the registration portal will close. Registration is

**UST Form 101-7-NFR (10/1/2010)**

open at least sixty (60) days before a scheduled hearing. As these changes are transitional, they are subject to modification as health conditions continue to develop. Please continue to regularly monitor the Court's website for updates.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

      If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

9/16/2025: 09/16/2025        R. Crawford: /s/ Rosemary C. Crawford

                                                                         Chapter 7 Trustee, Bar No.: 56981

Rosemary Crawford  
P.O. Box 355  
Allison Park, PA 15101  
(724) 443-4757  
crawfordmcdonald@aol.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

In re:
ZACHARY R. WALDMAN      § Case No. 23-21367-GLT
                        § Chapter 7
                        §
                        §

_____

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 370,000.00 |
| *and approved disbursements of:* | $ 351,871.59 |
| *leaving a balance on hand of[1] :* | $ 18,128.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2S | United States of America | 24,262.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 18,128.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Rosemary Crawford | 4,000.00 | 0.00 | 4,000.00 |
| Trustee, Expenses - Rosemary Crawford | 52.97 | 0.00 | 52.97 |
| Attorney for Trustee Fees - Rosemary C. Crawford | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Expenses - Rosemary Crawford | 84.48 | 0.00 | 84.48 |
| Charges, U.S. Bankruptcy Court | 199.00 | 0.00 | 199.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 9,086.45 |
| Remaining balance: | $ 9,041.96 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,041.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $187.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | PA Department of Revenue | 187.28 | 0.00 | 187.28 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 187.28 |
| Remaining balance: | $ | 8,854.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $176,345.60 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | United States of America | 133,257.13 | 0.00 | 6,691.12 |
| 3 | JPMorgan Chase Bank, N.A. | 1,524.02 | 0.00 | 76.52 |
| 4 | JPMorgan Chase Bank, N.A. | 1,982.92 | 0.00 | 99.57 |
| 5 | JPMorgan Chase Bank, N.A. | 6,677.68 | 0.00 | 335.30 |
| 6 | JPMorgan Chase Bank, N.A. | 2,150.64 | 0.00 | 107.99 |
| 7 | American Express National Bank | 7,631.73 | 0.00 | 383.21 |
| 8 | Regions Bank d/b/a Ascentium Capital | 23,121.48 | 0.00 | 1,160.97 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 8,854.68 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $37.82 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | PA Department of Revenue | 37.82 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Rosemary C. Crawford: /s/ Rosemary C Crawford
Chapter 7 Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA 15101
(724) 443-4757
crawfordmcdonald@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-21367-GLT

Zachary R. Waldman  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3

Date Rcvd: Sep 17, 2025      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary R. Waldman, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203-2152 |
| br | + | BK Hub Real Estate Services, 17350 State Highway 249, Ste. 220, Houston, TX 77064-1132 |
| r | + | Donna Fischer, Berkshire Hathaway, 9840 Old Perry HIghway, Wexford, PA 15090-9311 |
| 15613034 | + | Ascension Capital, 4900 Woodway Drive, Suite 1150, Houston, TX 77056-1881 |
| 15613038 | + | Elm Investments, c/o Howard Eisner, 6901 Lynn Way, Pittsburgh, PA 15208-2445 |
| 15613039 | + | Healthcare Management Advisors, 11 Foster Plaza, Pittsburgh, PA 15220-2750 |
| 15613043 | | Pennsylvnia State Police, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 15613044 | + | Pittsburgh Parking Authority, 240 Fourth Avenue, Pittsburgh, PA 15222-1708 |
| 15613047 | + | Urban Redevlopment, 412 Boulevard of the Allies, #901, Pittsburgh, PA 15219-1343 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 18 2025 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 18 2025 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15613033 | + | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 00:31:53 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15700410 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 00:30:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15613035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 00:32:00 | Citicards, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15613036 | + | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:23:00 | City of Philadelphia, Department of Revenue, Municipal Service Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1606 |
| 15613037 | ^ | MEBN | Sep 18 2025 00:08:48 | City of Pittsburgh, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15613041 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2025 00:31:50 | JPMCB-Card Services, 301 N. Walnut Street, Floor 9, Wilmington, DE 19801-3971 |
| 15692351 | + | Email/Text: RASEBN@raslg.com | Sep 18 2025 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15613042 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2025 00:22:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15613045 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 18 2025 00:21:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 15705455 | + | Email/Text: bankruptcy@ascentiumcapital.com | Sep 18 2025 00:22:00 | OH 45342<br>Regions Bank d/b/a Ascentium Capital, 23970 US 59 North, Kingwood, TX 77339-1535 |
| 15613046 | | Email/Text: wpainfo@sba.gov | Sep 18 2025 00:21:00 | Small Business Administration, 411 Seventh Avenue, #1450, Pittsburgh, PA 15219 |
| 15692298 | + | Email/Text: bankruptcynotices@sba.gov | Sep 18 2025 00:22:00 | United States of America, Small Business Administration, c/o Anthony Arroyo, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15613040 | | Internal Revenue Service |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marta Elena Villacorta | on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Zachary R. Waldman rodsheph@cs.com |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Sep 17, 2025 Form ID: pdf900 Total Noticed: 23
TOTAL: 8