# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Zachary R. Waldman | ) | Case No. 23-21367-GLT |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| Rosemary Crawford, | ) | |
| | ) | Hearing Date: 11/7/2025 at 10:30 AM |
| Trustee Applicant, | ) | Related Doc Nos.: 59, 61, 62, 63 |
| No Respondent. | ) | |

### *Certificate Of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Final Report filed on 9/10/2025 at Docket No. 59 and Applications for Compensation filed on 9/16/2025 at Docket Nos., 61 and 62, which had a Notice of Final Report ("NFR") filed on 9/16/2025 at Docket No. 63 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the NFR and related documents appears thereon. Pursuant to the NFR, objections were to be filed and served no later than 10/10/2025. It is hereby respectfully requested that the Orders approving the Trustee's Final Report and Application for Compensation be entered by the Court.

                                                    Respectfully submitted,
                                                    /s/ Rosemary Crawford
                                                    Rosemary Crawford, Trustee
                                                    Crawford McDonald, LLC
                                                    P.O. Box 355
                                                    Allison Park, PA 15101
                                                    Pa. I.D. 56981
                                                    (724) 443-4757
                                                    crawfordmcdonald@aol.com

Date: October 14, 2025