FILED
10/14/25 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
WESTERN DISTRICT OF PENNSYLVANIA DIVISION**

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| **Zachary R. Waldman** ) | Case No. 23-21367-GLT |
| ) | |
| ) | |
| **Debtor,** ) | **Chapter 7** |
| ) | |
| **Rosemary Crawford,** ) | Related to Docket No. 61 |
| **Trustee Movant.** ) | |
| ) | |
| **NO RESPONDENT** ) | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 14th Day of October, 2025, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,000.00 is reasonable compensation for the services in this case by Rosemary Crawford, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $52.97 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21367-GLT |
| Zachary R. Waldman | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

**Recip ID          Recipient Name and Address**
db                + Zachary R. Waldman, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203-2152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

**Name**                         **Email Address**

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marta Elena Villacorta
    on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov

Matthew Fissel
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd

on behalf of Debtor Zachary R. Waldman rodsheph@cs.com

Rosemary C. Crawford

on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford

crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 8