FILED
10/14/25 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Zachary R. Waldman ) | Case No. 23-21367-GLT |
| ) | |
| Debtor, ) | Chapter 7 |
| ) | |
| Rosemary Crawford, ) | Hearing Date: 11/7/2025 @ 10:30 am |
| ) | |
| Trustee Applicant, ) | Related to Docket No. 62 |
| No Respondent. ) | |

**ORDER AWARDING ROSEMARY C. CRAWFORD, ESQ.,
ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES**

AND NOW, this ___14th Day of October___, 2025, upon consideration of the foregoing application for compensation, it is ORDERED, that the sum of **$4,750.00** in fees and **$84.48** in expenses is reasonable compensation for the services in this case by Rosemary C. Crawford attorney for the trustee; that such sums is approved and to be paid by the Chapter 7 Trustee as part of her distribution of the estate proceeds as allowed by section 330 of the United States Bankruptcy Code.

By the Court,

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-21367-GLT

Zachary R. Waldman  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Oct 14, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary R. Waldman, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203-2152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marta Elena Villacorta | on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | |

on behalf of Debtor Zachary R. Waldman rodsheph@cs.com

Rosemary C. Crawford

on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford

crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 8