**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

| | | |
|---|---|---|
| In re: | | |
| ZACHARY R. WALDMAN | § | Case No. 23-21367-GLT |
| Debtor(s) | § | Chapter 7 |
| | § | |
| Rosemary Crawford, Trustee, | § | |
| vs. | § | |
| | § | |
| No Respondents. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Rosemary Crawford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $53,439.60 | Assets Exempt: $28,313.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $331,412.62 | Claims Discharged Without Payment: $399,618.74 |
| Total Expenses of Administration: $38,587.38 | |

3) Total gross receipts of $370,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $370,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $344,697.00 | $346,632.66 | $322,370.66 | $322,370.66 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $38,587.38 | $38,587.38 | $38,587.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $13,200.00 | $374.56 | $374.56 | $187.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $232,090.00 | $176,383.42 | $176,383.42 | $8,854.68 |
| **TOTAL DISBURSEMENTS** | $589,987.00 | $561,978.02 | $537,716.02 | $370,000.00 |

4) This case was originally filed under chapter 7 on 06/25/2023.  The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     03/25/2026

By: /s/ Rosemary Crawford

Trustee , Bar No.: 56981

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1337 Shady Avenue, Pittsburgh, PA 15217 | 1110-000 | $370,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$370,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Services Corporation | 4110-000 | NA | $318,370.66 | $318,370.66 | $318,370.66 |
| | American General Services Corporation | 4120-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| 2S | United States of America | 4300-000 | $0.00 | $24,262.00 | $0.00 | $0.00 |
| N/F | PNC Bank | 4110-000 | $344,697.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$344,697.00** | **$346,632.66** | **$322,370.66** | **$322,370.66** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 2100-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| Trustee, Expenses - Rosemary Crawford | 2200-000 | NA | $52.97 | $52.97 | $52.97 |
| Attorney for Trustee Fees - Rosemary C. Crawford | 3110-000 | NA | $4,750.00 | $4,750.00 | $4,750.00 |
| Attorney for Trustee, Expenses - Rosemary Crawford | 3120-000 | NA | $84.48 | $84.48 | $84.48 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $199.00 | $199.00 | $199.00 |
| Costs re Sale of Property (closing costs, etc.) - American General Services Corporation | 2500-000 | NA | $757.50 | $757.50 | $757.50 |
| Costs re Sale of Property (closing costs, etc.) - CERTIFICATE OF SERVICE.COM | 2500-000 | NA | $109.20 | $109.20 | $109.20 |
| Costs re Sale of Property (closing costs, etc.) - Pittsburgh Post-Gazette | 2500-000 | NA | $78.65 | $78.65 | $78.65 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $69.34 | $69.34 | $69.34 |
| Other State or Local Taxes (post-petition) - American General Services Corporation | 2820-000 | NA | $6,171.84 | $6,171.84 | $6,171.84 |
| Other Chapter 7 Administrative Expenses - Allegheny County Bar Association | 2990-000 | NA | $114.40 | $114.40 | $114.40 |
| Realtor for Trustee Fees - American General Services Corporation | 3510-000 | NA | $22,200.00 | $22,200.00 | $22,200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$38,587.38** | **$38,587.38** | **$38,587.38** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, U.S. Bankruptcy Court | 5800-001 | NA | $187.28 | $187.28 | $187.28 |
| 1P | PA Department of Revenue | 5800-000 | $0.00 | $187.28 | $187.28 | $0.00 |
| N/F | City of Philadelphia | 5800-000 | $400.00 | NA | NA | NA |
| N/F | City of Pittsburgh | 5800-000 | $800.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $10,000.00 | NA | NA | NA |
| N/F | PA Department of Revenue | 5800-000 | $2,000.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$13,200.00** | **$374.56** | **$374.56** | **$187.28** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | PA Department of Revenue | 7300-000 | $0.00 | $37.82 | $37.82 | $0.00 |
| 2U | United States of America | 7100-000 | $0.00 | $133,257.13 | $133,257.13 | $6,691.12 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $1,524.02 | $1,524.02 | $76.52 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $1,982.92 | $1,982.92 | $99.57 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $6,677.68 | $6,677.68 | $335.30 |
| 6 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $2,150.64 | $2,150.64 | $107.99 |
| 7 | American Express National Bank | 7100-000 | $0.00 | $7,631.73 | $7,631.73 | $383.21 |
| 8 | Regions Bank d/b/a Ascentium Capital | 7100-000 | $0.00 | $23,121.48 | $23,121.48 | $1,160.97 |
| N/F | American Express | 7100-000 | $11,000.00 | NA | NA | NA |
| N/F | Ascension Capital | 7100-000 | $27,000.00 | NA | NA | NA |
| N/F | Citicards | 7100-000 | $15.00 | NA | NA | NA |
| N/F | Elm Investments | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Healthcare Management Advisors | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JPMCB-Card Services | 7100-000 | $1,957.00 | NA | NA | NA |
| N/F | JPMCB-Card Services | 7100-000 | $939.00 | NA | NA | NA |
| N/F | JPMCB-Card Services | 7100-000 | $1,886.00 | NA | NA | NA |
| N/F | JPMCB-Card Services | 7100-000 | $4,943.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Pennsylvnia State Police | 7100-000 | $150.00 | NA | NA | NA |
| N/F | Pittsburgh Parking Authority | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Small Business Administration | 7100-000 | $142,000.00 | NA | NA | NA |
| N/F | Urban Redevlopment | 7100-000 | $42,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$232,090.00** | **$176,383.42** | **$176,383.42** | **$8,854.68** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Exhibit 8

Page:  1

**Case No.:**   23-21367-GLT

**Case Name:**   ZACHARY R. WALDMAN

**For Period Ending:**   03/25/2026

**Trustee Name:**   (580750) Rosemary Crawford

**Date Filed (f) or Converted (c):**   06/25/2023 (f)

**§ 341(a) Meeting Date:**   07/24/2023

**Claims Bar Date:**   04/18/2024

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1337 Shady Avenue, Pittsburgh, PA 15217 | 550,000.00 | 370,000.00 | | 370,000.00 | FA |
| 2 | 2011 Nissan Frontier Pick-Up | 6,500.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Elliptical Machine | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Men's Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Cats | 2.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: PNC Amended Exemption (Docket #23) | 4,562.00 | 0.00 | | 0.00 | FA |
| 8 | Checking (dba 1337 Shady Studios): Key Bank Amended Exemption (Docket #23) | 4,515.60 | 0.00 | | 0.00 | FA |
| 9 | Business Interest (1337 Shady Studios, 100% ownership) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Accounts Receivables | 400.00 | 0.00 | | 0.00 | FA |
| 11 | 3 Computers | 600.00 | 0.00 | | 0.00 | FA |
| 12 | Printer | 60.00 | 0.00 | | 0.00 | FA |
| 13 | 4 Office Chairs | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Light Hand Tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 8 Lazer Engravers | 8,000.00 | 0.00 | | 0.00 | FA |
| 16 | UV Printer Amended Exemption (Docket #23) | 22,000.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$603,439.60** | **$370,000.00** | | **$370,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  12/31/2025          **Current Projected Date Of Final Report (TFR):**   08/13/2025 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-21367-GLT | | Trustee Name: | Rosemary Crawford (580750) |
|---|---|---|---|---|
| Case Name: | ZACHARY R. WALDMAN | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***9075 | | Account #: | ******0137 Checking |
| For Period Ending: | 03/25/2026 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/12/25 | {1} | NISSIM ASSOULINE | DEPOSIT TO BE RETURNED | 1110-000 | 10,000.00 | | 10,000.00 |
| 03/13/25 | 101 {1} | Yossef Edrei Nissim  Assouline | RETURN DEPOSIT RE FAILED SALES K BKHUB | 1110-000 | -10,000.00 | | 0.00 |
| 04/02/25 | {1} | ZIJIAN HUANG | DEPOSIT RE PENDING BK HUB DEAL | 1110-000 | 10,000.00 | | 10,000.00 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 14.95 | 9,985.05 |
| 05/14/25 | 102 | Pittsburgh Post-Gazette | Legal Adv. Account 5299 Real Estate Sale Shady Avenue | 2500-000 | | 78.65 | 9,906.40 |
| 05/14/25 | 103 | CERTIFICATE OF SERVICE.COM | postage and mailing for sale xx ******9379 | 2500-000 | | 109.20 | 9,797.20 |
| 05/30/25 | 104 | Allegheny County Bar Association | Ad Real Estate Sale | 2990-000 | | 114.40 | 9,682.80 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.00 | 9,666.80 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.02 | 9,651.78 |
| 07/17/25 | | American General Services Corporation | Closing proceeds on re per court order #52 | | 8,500.00 | | 18,151.78 |
| | {1} | | Contract Sale Price  (Court Order Doc. #52)          $370,000.00 | 1110-000 | | | |
| | {1} | | Ernest Money          -$10,000.00 | 1110-000 | | | |
| | | | City/Town Taxes          $1,082.68 | 2820-000 | | | |
| | | | County Tax          $804.31 | 2820-000 | | | |
| | | | School Taxes          $1,191.17 | 2820-000 | | | |
| | | | Payoff of Mortgage          -$318,370.66 | 4110-000 | | | |
| | | | Broker's Commission  (Berkshire Hathaway)          -$7,400.00 | 3510-000 | | | |
| | | | Broker Commission  (Keller Williams Realty)          -$7,400.00 | 3510-000 | | | |
| | | | Brokers Commission  (BK HUB)          -$7,400.00 | 3510-000 | | | |
| | | | Settlement Fee  (American General Services, Corp)          -$195.00 | 2500-000 | | | |
| | | | Deed Preparation  (American General Services Corp.)          -$275.00 | 2500-000 | | | |
| | | | City/CountyTax/Stamps          -$7,400.00 | 2820-000 | | | |

| | | Page Subtotals: | $18,500.00 | $348.22 |
|---|---|---|---|---|

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 23-21367-GLT | Trustee Name: | Rosemary Crawford (580750) |
|---|---|---|---|
| Case Name: | ZACHARY R. WALDMAN | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***9075 | Account #: | ******0137 Checking |
| For Period Ending: | 03/25/2026 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | State Tax/Stamps -$1,850.00 | 2820-000 | | | |
| | | | Reim. Tax Certificates and Lien Letters -$262.50 | 2500-000 | | | |
| | | | Overnight Delivery Fees -$25.00 | 2500-000 | | | |
| | | | Estimated Final Water/Sewage -$4,000.00 | 4120-000 | | | |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 23.37 | 18,128.41 |
| 10/16/25 | 105 | Rosemary Crawford | Distribution payment - Dividend paid at 100.00% of $84.48; Claim # AE; Filed: $84.48 | 3120-000 | | 84.48 | 18,043.93 |
| 10/16/25 | 106 | Rosemary Crawford | Distribution payment - Dividend paid at 100.00% of $4,000.00; Claim # FEE; Filed: $4,000.00 | 2100-000 | | 4,000.00 | 14,043.93 |
| 10/16/25 | 107 | Rosemary Crawford | Distribution payment - Dividend paid at 100.00% of $52.97; Claim # TE; Filed: $52.97 | 2200-000 | | 52.97 | 13,990.96 |
| 10/16/25 | 108 | Clerk, U.S. Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $199.00; Claim # ; Filed: $199.00 | 2700-000 | | 199.00 | 13,791.96 |
| 10/16/25 | 109 | Rosemary C. Crawford | Distribution payment - Dividend paid at 100.00% of $4,750.00; Claim # ; Filed: $4,750.00 | 3110-000 | | 4,750.00 | 9,041.96 |
| 10/16/25 | 110 | PA Department of Revenue | Distribution payment - Dividend paid at 100.00% of $187.28; Claim # 1P; Filed: $187.28 Stopped on 02/25/2026 | 5800-000 | | 187.28 | 8,854.68 |
| 10/16/25 | 111 | United States of America | Distribution payment - Dividend paid at 5.02% of $133,257.13; Claim # 2U; Filed: $133,257.13 | 7100-000 | | 6,691.12 | 2,163.56 |
| 10/16/25 | 112 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 5.02% of $1,524.02; Claim # 3; Filed: $1,524.02 | 7100-000 | | 76.52 | 2,087.04 |
| 10/16/25 | 113 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 5.02% of $1,982.92; Claim # 4; Filed: $1,982.92 | 7100-000 | | 99.57 | 1,987.47 |
| 10/16/25 | 114 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 5.02% of $6,677.68; Claim # 5; Filed: $6,677.68 | 7100-000 | | 335.30 | 1,652.17 |
| 10/16/25 | 115 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 5.02% of $2,150.64; Claim # 6; Filed: $2,150.64 | 7100-000 | | 107.99 | 1,544.18 |
| 10/16/25 | 116 | American Express National Bank | Distribution payment - Dividend paid at 5.02% of $7,631.73; Claim # 7; Filed: $7,631.73 | 7100-000 | | 383.21 | 1,160.97 |
| 10/16/25 | 117 | Regions Bank d/b/a Ascentium Capital | Distribution payment - Dividend paid at 5.02% of $23,121.48; Claim # 8; Filed: $23,121.48 | 7100-000 | | 1,160.97 | 0.00 |
| 02/25/26 | 110 | PA Department of Revenue | Distribution payment - Dividend paid at 100.00% of $187.28; Claim # 1P; Filed: $187.28 Stopped: check issued on 10/16/2025 | 5800-000 | | -187.28 | 187.28 |

|  | Page Subtotals: | $0.00 | $17,964.50 |
|---|---|---|---|

# Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 23-21367-GLT | Trustee Name: | Rosemary Crawford (580750) |
|---|---|---|---|
| Case Name: | ZACHARY R. WALDMAN | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***9075 | Account #: | ******0137 Checking |
| For Period Ending: | 03/25/2026 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/26 | 118 | PA Department of Revenue | STALE CHECK TRANSTIALL TO COURT<br>Voided on 02/25/2026 | 5800-000 | | 187.28 | 0.00 |
| 02/25/26 | 118 | PA Department of Revenue | STALE CHECK TRANSTIALL TO COURT<br>Voided: check issued on 02/25/2026 | 5800-000 | | -187.28 | 187.28 |
| 02/25/26 | 119 | Clerk, U.S. Bankruptcy Court | STALE CHECK TRANSTIALL TO COURT | 5800-001 | | 187.28 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,500.00 | 18,500.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 18,500.00 | 18,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $18,500.00 | $18,500.00 | |

**Form 2**

Exhibit 9

Page:  4

# Cash Receipts And Disbursements Record

**Case No.:**   23-21367-GLT

**Case Name:**   ZACHARY R. WALDMAN

**Taxpayer ID #:**   **-***9075

**For Period Ending:** 03/25/2026

**Trustee Name:**   Rosemary Crawford (580750)

**Bank Name:**   TriState Capital Bank

**Account #:**   ******0137 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0137 Checking | $18,500.00 | $18,500.00 | $0.00 |
| | **$18,500.00** | **$18,500.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**